```
                              United States Bankruptcy Court
                              Eastern District of New York
In re:                                                                Case No. 18-71870-ast
Donald Cotter                                                         Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0207-8          User: sdolan          Page 1 of 1       Date Rcvd: May 07, 2018
                              Form ID: 273          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2018.
db             +Donald Cotter,    110 Bay Drive East,    Huntington, NY 11743-1415

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2018 at the address(es) listed below:
              Marianne   DeRosa    Derosa@ch13mdr.com, mderosa13@ecf.epiqsystems.com
              Peter   Corey    on behalf of Debtor Donald  Cotter pcorey@maccosternlaw.com,
               crussell@maccosternlaw.com
              Ronald D Howard    on behalf of Creditor   Seterus, Inc., as authorized subservicer for Federal
               National Mortgage Association (Fannie Mae), a corporation organized and existing under the laws
               of the United States of America. r.howard@bhpp.com,  bkecf@bhpp.com
              Shari S Barak    on behalf of Creditor   JPMorgan Chase Bank, National Association sbarak@logs.com,
               NYBKCourt@logs.com
              United States Trustee    USTPRegion02.LI.ECF@usdoj.gov
                                                                                             TOTAL: 5

| Information to identify the case: | |
|---|---|
| Debtor 1 | **Donald Cotter** |
| | First Name  Middle Name  Last Name |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court | **Eastern District of New York** |
| Case number: | **8–18–71870–ast** |

Social Security number or ITIN **xxx–xx–3333**
EIN _ _–_ _ _ _ _ _ _
Social Security number or ITIN _ _ _ _
EIN _ _–_ _ _ _ _ _ _
Date case filed for chapter **13**  **3/20/18**

# FINAL NOTICE OF SECTION 521 DEFICIENCIES

**NOTICE IS HEREBY GIVEN THAT:**

One or more deficiencies remain regarding the document(s) indicated below. Under § 521(i)(1) of the Bankruptcy Code, these documents are required to be filed no later than 45 days from the filing of the petition.

- ☐ Notice Required by 11 U.S.C. §342(b) of the Bankruptcy Code for Individuals Filing for Bankruptcy (Official Form 2010) – Part 7 of Voluntary Petition Not Signed
- ☐ Schedule A/B
- ☐ Schedule D
- ☐ Schedule E/F
- ☐ Schedule I
- ☐ Schedule J
- ☐ Statement of Financial Affairs
- ☐ Statement of Your Current Monthly Income and Means Test Calculation
- ☑ Copies of Pay Statements received within 60 days prior to the date of filing

Failure to file the required documents within 45 days of the date of filing of the petition may result in the case being dismissed without further notice or hearing, unless an extension of time under § 521(i)(3) or (4) of the Bankruptcy Code is made.

Dated: May 7, 2018

For the Court, Robert A. Gavin, Jr., Clerk of Court

**GTntcdef521a3.jsp** [Final Deficiency Notice rev. 02/01/17]